# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5163**  **September Term, 2023**

1:16-cv-01068-JMC

**Filed On: June 20, 2024** [2060691]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

### O R D E R

The notice of appeal was filed on June 18, 2024, and docketed in this court on June 20, 2024. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Due Date |
| --- | --- |
| Certificate as to Parties, Rulings, and Related Cases | July 22, 2024 |
| Docketing Statement Form | July 22, 2024 |
| Entry of Appearance Form | July 22, 2024 |
| Procedural Motions, if any | July 22, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | July 22, 2024 |
| Statement of Issues to be Raised | July 22, 2024 |
| Transcript Status Report | July 22, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | July 22, 2024 |
| Dispositive Motions, if any | August 5, 2024 |

It is

**FURTHER ORDERED** that appellee submit the documents listed below by the

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5163**                                           **September Term, 2023**

dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | July 22, 2024 |
| Entry of Appearance Form | July 22, 2024 |
| Procedural Motions, if any | July 22, 2024 |
| Dispositive Motions, if any | August 5, 2024 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                         **FOR THE COURT:**
                                                         Mark J. Langer, Clerk

                                     BY:     /s/
                                                         Emily K. Campbell
                                                         Deputy Clerk

The following forms and notices are available on the Court's website:

       Civil Docketing Statement Form
       Entry of Appearance Form
       Transcript Status Report Form
       Request to Enter Appellate Mediation Program
       Notice Concerning Expedition of Appeals and Petitions for Review
       Stipulation to be Placed in Stand-By Pool of Cases