# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Campaign for Accountability

v.

U.S. Department of Justice

**Case No:** 24-5163

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- ● Appellant(s)/Petitioner(s)
- ○ Appellee(s)/Respondent(s)
- ○ Intervenor(s)
- ○ Amicus Curiae

United States Department of Justice

Names of Parties                                    Names of Parties

### Counsel Information

**Lead Counsel:** Daniel Tenny

**Direct Phone:** (202) 514-1838   **Fax:** (   )            **Email:** daniel.tenny@usdoj.gov

**2nd Counsel:** Michael S. Raab

**Direct Phone:** (202) 514-4053   **Fax:** (   )            **Email:** michael.raab@usdoj.gov

**3rd Counsel:**

**Direct Phone:** (   )             **Fax:** (   )            **Email:**

**Firm Name:** U.S. Department of Justice, Civil Division

**Firm Address:** 950 Pennsylvania Avenue NW, Washington, DC 20530

**Firm Phone:** (   )   -          **Fax:** (   )   -         **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)