# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-5163**  September Term, 2023

1:16-cv-01068-JMC

Filed On: July 5, 2024 [2063140]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

### O R D E R

It is **ORDERED**, on the court's own motion, that these cases be consolidated as cross-appeals. Appellant in case No. 24-5170 is directed to file the following document(s) by the indicated date(s):

| | |
|---|---|
| Docketing Statement Form | August 5, 2024 |
| Statement of Issues to be Raised | August 5, 2024 |

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:   /s/
    Emily K. Campbell
    Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form