UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>            Plaintiff–Appellee–Cross-Appellant,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>            Defendant–Appellant–Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), Plaintiff–Appellee–Cross-Appellant submits this Certificate as to Parties, Rulings, and Related Cases.

**(A)** **Parties and Amici.** Plaintiff–Appellee–Cross-Appellant is Campaign for Accountability. Defendant–Appellant–Cross-Appellee is the U.S. Department of Justice. No *amici* or intervenors appeared in the district court or in this appeal to date.

**(B) Rulings under Review.** Under review in the appeal filed by Defendant–Appellant–Cross-Appellee is the memorandum opinion and order issued by United States District Judge Jia M. Cobb on April 19, 2024, which denied Defendant–Appellant–Cross-Appellee's motion for summary judgment and granted Plaintiff–Appellee–Cross-Appellant's cross-motion for summary judgment.

1

*Campaign for Accountability v. DOJ (CfA)*, No. 1:16-cv-01068-JMC (D.D.C. Apr. 19, 2024), ECF Nos. 67, 68. The April 19, 2024 opinion is not yet published in the federal reporter but is available at 2024 WL 1701640 and is attached to Defendant–Appellant–Cross-Appellee's Notice of Appeal, which was entered on this Court's docket on June 20, 2024.

Two rulings are under review on cross-appeal: (1) The memorandum opinion and order issued by United States District Judge Ketanji Brown Jackson on October 6, 2017 granting Defendant–Appellant–Cross-Appellee's motion to dismiss Plaintiff–Appellee–Cross-Appellant's complaint, ECF Nos. 18, 19 (reported at 278 F. Supp. 3d 303 (D.D.C. 2017)); and (2) The memorandum opinion and order issued by Judge Jackson on September 11, 2020 granting in part and denying in part Defendant–Appellant–Cross-Appellee's renewed motion to dismiss Plaintiff–Appellee–Cross-Appellant's amended complaint, ECF Nos. 40, 41 (reported at 486 F. Supp. 3d 424 (D.D.C. 2020)).

**(C)  Related Cases.** The appealed rulings have not previously been before this Court or any other court. There are no related cases pending before this Court or any other court of which counsel is aware, other than the consolidated cross-appeal, No. 24-5170.

| | |
|---|---|
| Dated: July 22, 2024 | Respectfully submitted, |
| | /s/ Alex Abdo |
| | Alex Abdo |

Jameel Jaffer
Stephanie Krent
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff–Appellee–Cross-Appellant*