UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff–Appellee–Cross-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant–Appellant–Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

## RULE 26.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, undersigned counsel certifies that Plaintiff–Appellee–Cross-Appellant Campaign for Accountability ("CfA") has no parent corporation and no publicly held corporations owns 10 percent or more of its organization's stock. Campaign for Accountability is a nonpartisan, nonprofit section 501(c)(3) organization committed to promoting government transparency, educating the public about government activities, and ensuring the accountability of government officials. The organization is incorporated under the laws of the District of Columbia.

Dated: July 22, 2024    Respectfully submitted,

                                                      /s/ Alex Abdo
                                                    Alex Abdo
                                                    Jameel Jaffer

Stephanie Krent
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff–Appellee–Cross-Appellant*