[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY, <br><br> Plaintiff-Appellee/Cross-Appellant, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br><br> Defendant-Appellant/Cross-Appellee. | No. 24-5163, |

**CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), the undersigned counsel certifies as follows:

**A.   Parties and Amici**

Plaintiff in the district court, who is appellee/cross-appellant in this Court, is the Campaign for Accountability. Defendant in the district court, who is appellant/cross-appellee in this Court, is the U.S. Department of Justice. There have been no amici curiae.

### B. Rulings Under Review

The rulings under review are the memorandum opinion and accompanying order granting in part and denying in part the government's renewed motion to dismiss, issued by then-Judge Ketanji Brown Jackson on September 11, 2020, and the memorandum opinion and accompanying order denying the government's motion for summary judgment and granting plaintiff's cross-motion for summary judgment, issued by Judge Jia M. Cobb on April 19, 2024.

### C. Related Cases

We are unaware of any related cases within the meaning of Rule 28(a)(1)(C).

Respectfully submitted,

MICHAEL S. RAAB

*/s/ Daniel Tenny*
DANIEL TENNY
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7215*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue, NW*
  *Washington, DC 20530*
  *daniel.tenny@usdoj.gov*
  *(202) 514-1838*