**UNITED STATES COURT OF APPEALS**
**DISTRICT OF COLUMBIA CIRCUIT**

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-5163
2. DATE DOCKETED: 06-20-2024
3. CASE NAME (lead parties only): Campaign for Accountability v. U.S. Department of Justice
4. TYPE OF CASE: ☐ District Ct - ☒ US Civil ☐ Private Civil ☐ Criminal ☐ Bankruptcy
   ☐ Bankruptcy - if direct from Bankruptcy Court ☐ Original proceeding
5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED? ☐ Yes ☒ No
   If YES, cite statute
6. CASE INFORMATION:
   a. District Court Docket No.
      Civil Action: 16-cv-1068-JMC
      Criminal:
      Miscellaneous:
      Bankruptcy Court Docket No.
      Bankruptcy:
      Adversary:
      Ancillary:
      Tax Court Docket No.
      Tax:
   b. Review is sought of:
      ☒ Final Order  ☐ Interlocutory Order appealable as of right  ☐ Interlocutory Order certified for appeal
   c. Name of judge who entered order being appealed:
      Judge: Jia M. Cobb    Magistrate Judge:
   d. Date of order(s) appealed (use date docketed): 04-19-2024    e. Date notice of appeal filed: 06-18-2024
   f. Has any other notice of appeal been filed in this case? ☒ Yes ☐ No  If YES, date filed: 06-28-2024
   g. Are any motions currently pending in trial court? ☐ Yes ☒ No  If YES, date filed:
      If YES, identify motion
   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)? ☐ Yes ☒ No
      If NO, why not? case decided on pleadings, and all oral argument transcripts have been prepared
   i. Has this case been before the Court under another appeal number? ☐ Yes Appeal # ☒ No
   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
      ☐ Yes ☒ No If YES, give each case's court and case name, and docket number:
   k. Does this case turn on validity or correct interpretation or application of a statute? ☒ Yes ☐ No
      If YES, give popular name and citation of statute: Freedom of Information Act, 5 U.S.C. 552
7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ☐ Yes ☒ No  If so, provide program name and participation dates

Signature: s/ Daniel Tenny    Date: 7/22/2024
Name of Party: U.S. Department of Justice
Name of Counsel for Appellant/Petitioner: Daniel Tenny
Address: 950 Pennsylvania Avenue, NW, Rm 7215, Washington, DC 20530
Phone (202) 514-1838   Fax ( ) -

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)