[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants-Appellant/Cross-Appellee. | Nos. 24-5163, 24-5170 |

**NOTICE REGARDING APPENDIX**

Pursuant to Fed. R. App. P. 30, defendant-appellant hereby files this notice to inform the Court that the government does not intend to utilize a deferred appendix in this case. The government intends to file a Joint Appendix along with its opening brief.

Respectfully submitted,

MICHAEL S. RAAB

/s/ Daniel Tenny

DANIEL TENNY
*Attorneys, Appellate Staff*
*Civil Division, Room 7215*
*U.S. Department of Justice*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*
*daniel.tenny@usdoj.gov*
*(202) 514-1838*