[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendants-Appellant/Cross-Appellee. | Nos. 24-5163,<br>24-5170 |

**STATEMENT OF ISSUES**

The Government intends to raise the following issue on appeal: Whether the Office of Legal Counsel has an obligation under the Freedom of Information Act to disclose its formal written opinions insofar as they resolve interagency disputes.

Respectfully submitted,

MICHAEL S. RAAB

*/s/ Daniel Tenny*
DANIEL TENNY
  *Attorneys, Appellate Staff*
  *Civil Division, Room 7215*
  *U.S. Department of Justice*
  *950 Pennsylvania Avenue, NW*
  *Washington, DC 20530*
  *daniel.tenny@usdoj.gov*
  *(202) 514-1838*