[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

CAMPAIGN FOR ACCOUNTABILITY,

   Plaintiff-Appellee/Cross-Appellant,

              v.

UNITED STATES DEPARTMENT OF
   JUSTICE,

   Defendant-Appellant/Cross-Appellee.

Nos. 24-5163, 24-5170

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE BRIEF FOR APPELLEE**

The government hereby moves for a 30-day extension of time, to and including Friday, October 18, 2024, to file its brief as appellant. Counsel for plaintiff has authorized us to indicate that this motion is unopposed.

1. This is an action under the Freedom of Information Act to obtain opinions prepared by the Office of Legal Counsel. The district court concluded that one category of such opinions was subject to mandatory disclosure but others were not. The government appealed, and plaintiff cross-appealed.

2. The government's opening brief is currently due on September 18, 2024. We have not previously sought an extension of this deadline.

3. The government seeks this extension in light of other appellate litigation responsibilities. Daniel Tenny is the Department of Justice, Civil Division, Appellate Staff, attorney with principal responsibility for drafting the government's brief. In addition to other supervisory responsibilities, on September 16, 2024, Mr. Tenny will present oral argument in this Court in *TikTok Inc. v. Garland*, Nos. 24-1113, 24-1130, 24-1183 (D.C. Cir.). That case involves three consolidated petitions for review of an Act of Congress in which the government filed an overlength brief. Mr. Tenny also has supervisory responsibility for *Kennedy v. Biden*, No. 24-30252 (5th Cir.), in which the Fifth Circuit recently set an expedited schedule in which the government's opening brief is due September 11, 2024, the government's reply brief is due October 2, 2024, and Mr. Tenny will present oral argument on October 8, 2024.

4. Counsel for plaintiff has authorized us to represent that this motion is unopposed.

2

Respectfully submitted,

MICHAEL S. RAAB

 *s/ Daniel Tenny*
DANIEL TENNY
(202) 514-1838
   Attorneys, Appellate Staff
   Civil Division
   U.S. Department of Justice
   950 Pennsylvania Ave., N.W.
   Room 7215
   Washington, D.C. 20530

AUGUST 2024

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume limitations of Federal Rule of Appellate Procedure 27(d). The motion was prepared in 14-point Book Antiqua, a proportionally spaced font, and contains 272 words.

*s/ Daniel Tenny*
Daniel Tenny