NOT YET SCHEDULED FOR ORAL ARGUMENT

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>        Plaintiff–Appellee / Cross-Appellant,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant–Appellant / Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

## UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE BRIEF FOR PLAINTIFF–APPELLEE / CROSS-APPELLANT

Pursuant to Federal Rule of Appellate Procedure 26(b) and D.C. Circuit Rule 28(e), Plaintiff–Appellee / Cross-Appellant ("Plaintiff") respectfully moves for an extension of the deadline to file its Appellee & Cross-Appellant Brief to December 6, 2024. Counsel for Defendant–Appellant / Cross-Appellee ("Defendant") has authorized us to represent that this motion is unopposed. This is Plaintiff's first motion for an extension of time.

On October 27, 2017, Plaintiff filed an amended complaint in this Freedom of Information Act lawsuit, challenging the failure of the U.S. Department of Justice to comply with its obligation under 5 U.S.C. § 552(a) to make publicly available on an

1

ongoing basis the formal written opinions of the Office of Legal Counsel ("OLC"). The district court held that the OLC must affirmatively disclose one category of its opinions (those resolving interagency disputes) but that it need not affirmatively disclose any other opinions. On June 18, 2024, Defendant filed a notice of appeal, and on June 28, 2024, Plaintiff filed a notice of cross-appeal.

There is good cause for this motion. Because of the 30-day extension granted to Defendant, Plaintiff's opening brief is currently due on November 18, 2024. Plaintiff now seeks an extension until December 6, 2024, because of undersigned counsels' pre-existing litigation commitments and travel obligations. This extension will provide the necessary time for Plaintiff and undersigned counsel to prepare and file the Appellee & Cross-Appellant Brief in this matter.

Plaintiff therefore respectfully requests that the Court extend the deadline for the Appellee & Cross-Appellant Brief to December 6, 2024.

| Dated: October 23, 2024 | Respectfully submitted, |
|---|---|
| | /s/ Alex Abdo |
| | Alex Abdo |
| | Anna Diakun |
| | Jameel Jaffer |
| | Knight First Amendment Institute |
| |   at Columbia University |
| | 475 Riverside Drive, Suite 302 |
| | New York, NY 10115 |
| | (646) 745-8500 |
| | alex.abdo@knightcolumbia.org |

2

*Counsel for Plaintiff–Appellee / Cross-Appellant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume limitations of Federal Rule of Appellate Procedure 27(d) because it contains 256 words, as calculated by the word-counting function.

This motion also complies with the typeface requirements of Federal Rule of Appellate Procedure 32(a)(5) and the type-style requirements of Federal Rule of Appellate Procedure 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

    /s/ Alex Abdo
    Alex Abdo

## CERTIFICATE OF SERVICE

I, Alex Abdo, certify that on October 23, 2024, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

    /s/ Alex Abdo
    Alex Abdo