# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5163**　　　　　　　　　　　　　　　　**September Term, 2024**

**1:16-cv-01068-JMC**

**Filed On: October 24, 2024** [2081802]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

### O R D E R

    Upon consideration of appellee/cross-appellant's unopposed motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellees' & Cross-Appellants' Brief | December 6, 2024 |
| Appellants' Reply & Cross-Appellees' Brief | January 6, 2025 |
| Cross-Appellants' Reply Brief | January 27, 2025 |

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

            BY:    /s/
                      Michael C. McGrail
                      Deputy Clerk