# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Campaign for Accountability

**v.**
U.S. Department of Justice

**Case No:** 24-5163; 24-5170

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Campaign for Accountability

### Counsel Information

Lead Counsel:

Direct Phone: (___) ___-___ Fax: (___) ___-___ Email:

2nd Counsel:

Direct Phone: (___) ___-___ Fax: (___) ___-___ Email:

3rd Counsel: Jackson Busch

Direct Phone: (646) 745-8500 Fax: (___) ___-___ Email: jackson.busch@knightcolumbia.org

Firm Name: Knight First Amendment Institute at Columbia University

Firm Address: 475 Riverside Drive, Suite 302, New York, NY 10115

Firm Phone: (646) 745-8500 Fax: (___) ___-___ Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

| Save | Reset Form | Print Form |