[ORAL ARGUMENT NOT SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>Plaintiff-Appellee/Cross-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant-Appellant/Cross-Appellee. | Nos. 24-5163, 24-5170 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
IN WHICH TO FILE RESPONSE/REPLY BRIEF**

The government hereby moves for a 30-day extension of time, to and including Wednesday, February 5, 2025, to file its response/reply brief. Counsel for plaintiff has authorized us to indicate that this motion is unopposed.

1. This is an action under the Freedom of Information Act to obtain opinions prepared by the Office of Legal Counsel. The district court concluded that one category of such opinions was subject to mandatory

disclosure but others were not. The government appealed, and plaintiff cross-appealed.

2. The government filed its opening brief on October 18, 2024, after one 30-day extension, and plaintiff filed its opening brief on December 6, 2024, after one 18-day extension. The government's response/reply brief is currently due on January 6, 2025. We have not previously sought an extension of this deadline.

3. The government seeks this extension in light of other appellate litigation responsibilities and scheduled leave in the upcoming holiday season. Daniel Tenny is the Department of Justice, Civil Division, Appellate Staff, attorney with principal responsibility for drafting the government's brief. In addition to other supervisory responsibilities, Mr. Tenny has supervisory responsibility for two emergency matters. In *Texas Top Cop Shop v. Garland*, No. 24-40792 (5th Cir.), the government filed a motion for a stay pending appeal in the Fifth Circuit on December 13, 2024. Plaintiffs' opposition was filed December 17, 2024, and the government's reply is due December 19, 2024. In *TikTok Inc. v. Garland*, Nos. 24-1113, 24-1130, 24-1183 (D.C. Cir.), the petitioners filed a motion for an injunction pending Supreme Court review in this Court on December 9, 2024, and the

2

government filed its opposition on December 11, 2024. This Court denied that motion and the petitioners sought emergency relief from the Supreme Court. The Supreme Court has granted certiorari and scheduled the matter for expedited briefing, with oral argument to occur on January 10, 2025. *See TikTok, Inc. v. Garland*, No. 24-656 (S. Ct. Dec. 18, 2024). Mr. Tenny is involved in those proceedings as well. Mr. Tenny also has scheduled annual leave during the upcoming holiday season.

4. Counsel for plaintiff has authorized us to represent that this motion is unopposed.

Respectfully submitted,

MICHAEL S. RAAB

*s/ Daniel Tenny*
DANIEL TENNY
(202) 514-1838
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7215
  Washington, D.C. 20530

DECEMBER 2024

3

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion satisfies the type-volume limitations of Federal Rule of Appellate Procedure 27(d). The motion was prepared in 14-point Book Antiqua, a proportionally spaced font, and contains 358 words.

*s/ Daniel Tenny*
Daniel Tenny
