# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 24-5163** | **September Term, 2024** |
| | 1:16-cv-01068-JMC |
| | **Filed On: December 19, 2024** [2090601] |

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

## O R D E R

    Upon consideration of the government's unopposed motion for extension of time to file the response/reply brief, it is

    **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply & Cross-Appellees' Brief | February 5, 2025 |
| Cross-Appellants' Reply Brief | February 26, 2025 |

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk
                         BY:    /s/
                                        Michael C. McGrail
                                        Deputy Clerk