NOT YET SCHEDULED FOR ORAL ARGUMENT

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>        Plaintiff–Appellee / Cross-Appellant,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>        Defendant–Appellant / Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

**UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH TO FILE REPLY BRIEF**

Plaintiff–Appellee / Cross-Appellant Campaign for Accountability ("CfA") respectfully moves for a 21-day extension of time, to March 19, 2025, to file its reply brief. Counsel for Defendant–Appellant / Cross-Appellee Department of Justice ("the government") has authorized us to indicate that this motion is unopposed.

On October 27, 2017, CfA filed an amended complaint in this Freedom of Information Act lawsuit, challenging the government's failure to comply with its obligation under 5 U.S.C. § 552(a) to make publicly available on an ongoing basis the formal written opinions of the Office of Legal Counsel ("OLC"). The district court held that the OLC must affirmatively disclose one category of its opinions

(those resolving interagency disputes) but that it need not affirmatively disclose any other opinions. On June 18, 2024, the government filed a notice of appeal, and on June 28, 2024, CfA filed a notice of cross-appeal.

The government filed its opening brief on October 18, 2024, after one 30-day extension; CfA filed its opening brief on December 6, 2024, after one 18-day extension; and the government filed its response/reply brief on February 5, 2025, after one 30-day extension. CfA's reply brief is currently due on February 26, 2025, but it now respectfully requests a 21-day extension, until March 19, 2025. CfA has not previously sought an extension of this deadline.

CfA seeks this extension to accommodate other litigation responsibilities and pre-planned leave. Because of the 30-day extension of the deadline for the government's response/reply brief, the time for CfA to draft its reply brief now overlaps with the undersigned counsel's deadline for filing an amicus brief in *Media Matters for America v. Paxton*, No. 24-7141 (D.C. Cir.) and pre-planned leave. This extension will provide the necessary time for CfA and undersigned counsel to prepare and file the reply brief in this matter.

CfA therefore respectfully requests that the Court extend the deadline for its reply brief to March 19, 2025.

Dated: February 6, 2025                    Respectfully submitted,

                                           /s/ Alex Abdo
                                           Alex Abdo

Anna Diakun
Jackson Busch
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff–Appellee / Cross-
  Appellant*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing complies with the type-volume limitation of Fed. R. App. P. 27(d) because it contains 320 words, as calculated by the word-counting function.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

                                               /s/ Alex Abdo  
                                               Alex Abdo

## CERTIFICATE OF SERVICE

I, Alex Abdo, certify that on February 6, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the CM/ECF system.

                                                /s/ Alex Abdo
                                                Alex Abdo