# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 24-5163**                                           **September Term, 2024**

1:16-cv-01068-JMC

**Filed On: February 6, 2025** [2099326]

Campaign for Accountability,

      Appellee

   v.

United States Department of Justice,

      Appellant

------------------------------

Consolidated with 24-5170

## O R D E R

    Upon consideration of appellee/cross-appellant's unopposed motion for extension of time to file its brief, it is

    **ORDERED** that the motion be granted.  Appellee/cross-appellant's reply brief is now due March 19, 2025.

                                                     **FOR THE COURT:**
                                                     Clifton B. Cislak, Clerk

                                      BY:    /s/
                                                     Michael C. McGrail
                                                     Deputy Clerk