ORAL ARGUMENT SCHEDULED APRIL 11, 2025

**UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>　　　　Plaintiff–Appellee / Cross-Appellant,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant–Appellant / Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

**UNOPPOSED MOTION FOR NEW ORAL ARGUMENT DATE EARLIER WITHIN SAME SITTING PERIOD**

Plaintiff–Appellee / Cross-Appellant Campaign for Accountability ("CfA") respectfully moves for a new oral argument date earlier within the same sitting period. Counsel for the Department of Justice has authorized us to indicate that the government "take[s] no position on rescheduling the argument to earlier the week of April 7, but would oppose moving it to later in April [due to scheduling conflicts]."

On February 27, 2025, the Court issued an order scheduling this case for oral argument on April 11, 2025 at 9:30 a.m. The order stated that "[t]he time and date of oral argument will not change absent further order of the Court."

1

Two of CfA's counsel in this case, including the undersigned who will be presenting oral argument, have pre-existing obligations on the day currently scheduled for oral argument. The undersigned is expected to present at a day-long symposium organized and hosted by the Knight First Amendment Institute at Columbia University.[1] And Jameel Jaffer, who would otherwise appear alongside the undersigned at oral argument, will be attending oral argument in another matter, *Dada v. NSO Group* (No. 24-2179), before the U.S. Court of Appeals for the Ninth Circuit. *See* Dkt. 87 (scheduling oral argument for April 11, 2025 at 9:00 a.m. in Pasadena, CA).

Moving the oral argument in this case to an earlier day within the same sitting period would alleviate this hardship. If the Court is able to do so with only a minimum of inconvenience, counsel respectfully ask that it do so. If the Court is unable to do so, or otherwise denies this motion, the undersigned will of course appear on April 11, 2025 at 9:30 a.m., as ordered.

Dated: February 28, 2025                    Respectfully submitted,

                                                                 /s/ *Alex Abdo*
                                                                 Alex Abdo
                                                                 Anna Diakun
                                                                 Jackson Busch
                                                                 Jameel Jaffer
                                                                Knight First Amendment Institute
                                                                   at Columbia University

---

[1] *See Artificial Intelligence and Democratic Freedoms*, Knight First Amend. Inst. at Columbia Univ., https://perma.cc/8KZ3-YTAB.

475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff–Appellee / Cross-Appellant*

**Certificate of Compliance**

I hereby certify that the foregoing complies with the type-volume limitations of Fed. R. App. P. 27(d)(2) because it contains 290 words, as calculated by the word-counting function.

This motion also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it was prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

Dated: February 28, 2025        /s/ *Alex Abdo*
                                Alex Abdo
                                Knight First Amendment Institute
                                   at Columbia University
                                475 Riverside Drive, Suite 302
                                New York, NY 10115
                                (646) 745-8500
                                alex.abdo@knightcolumbia.org

                                *Counsel for Plaintiff–Appellee / Cross-Appellant*