# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 24-5163**                                                  **September Term, 2024**

1:16-cv-01068-JMC

Filed On: March 31, 2025 [2108595]

Campaign for Accountability,

        Appellee

    v.

United States Department of Justice,

        Appellant

------------------------------

Consolidated with 24-5170

### O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these cases scheduled for April 11, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellee | - | 10 Minutes |

One counsel per side to argue. The panel considering these cases will consist of Chief Judge Srinivasan, and Circuit Judges Rao and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by April 2, 2025.

### Per Curiam

                                        **FOR THE COURT:**
                                        Clifton B. Cislak, Clerk

                     BY:     /s/
                              Michael C. McGrail
                              Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)