# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-5163**  **September Term, 2024**

1:16-cv-01068-JMC

Filed On: April 11, 2025 [2110538]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

    **BEFORE:** Chief Judge Srinivasan, and Circuit Judges Rao and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, April 11, 2025 at 9:33 a.m. The cause was heard as case No. 1 of 2 and argued before the Court by:

  Daniel Tenny (DOJ), counsel for Appellant.

  Alex Abdo, counsel for Appellee.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
Anne A. Rothenberger
Deputy Clerk