UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>       Plaintiff–Appellee / Cross-Appellant,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>       Defendant–Appellant / Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned counsel, Jackson Busch, withdraws his appearance for Plaintiff–Appellee / Cross-Appellant Campaign for Accountability ("CfA"). Alex Abdo, Anna Diakun, and Jameel Jaffer continue to represent CfA in this matter.

Dated: September 5, 2025

Respectfully submitted,

 /s/ Jackson Busch
Jackson Busch
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
jackson.busch@knightcolumbia.org

**Certificate of Service**

I, Jackson Busch, certify that on September 5, 2025, I electronically filed the foregoing notice with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

| | |
|---|---|
| Dated: September 5, 2025 | /s/ Jackson Busch <br> Jackson Busch |