# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 24-5163**

**September Term, 2025**

FILED ON: OCTOBER 17, 2025

CAMPAIGN FOR ACCOUNTABILITY,
APPELLEE

v.

UNITED STATES DEPARTMENT OF JUSTICE,
APPELLANT

———————————————————

Consolidated with 24-5170

———

Appeals from the United States District Court
for the District of Columbia
(No. 1:16-cv-01068)

———

Before: SRINIVASAN, *Chief Judge*, RAO and PAN, *Circuit Judges*

### J U D G M E N T

These causes came to be heard on the record on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof and in accordance with the opinion of the court filed herein this date, it is

**ORDERED** and **ADJUDGED** that the District Court's entry of summary judgment in favor of Campaign for Accountability with respect to the disclosure of opinions that resolve interagency disputes be reversed, and the case be remanded for the District Court to dismiss that claim. Insofar as it granted Office of Legal Counsel's motion to dismiss Campaign for Accountability's claims regarding the adjudication or determination of private rights and the interpretation of non-discretionary legal duties, the District Court's judgment be affirmed.

### Per Curiam

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:     /s/

Michael C. McGrail
Deputy Clerk

Date: October 17, 2025

Opinion for the court filed by Circuit Judge Pan.
Opinion concurring in the judgment filed by Circuit Judge Rao.