# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 24-5163**　　　　　　　　　　　　　　　　**September Term, 2025**

**1:16-cv-01068-JMC**

**Filed On: October 17, 2025** [2140765]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

## O R D E R

    It is **ORDERED**, on the court's own motion, that the Clerk withhold issuance of the mandate herein until seven days after disposition of any timely petition for rehearing or petition for rehearing en banc. <u>See</u> Fed. R. App. P. 41(b); D.C. Cir. Rule 41. This instruction to the Clerk is without prejudice to the right of any party to move for expedited issuance of the mandate for good cause shown.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:　/s/
　　　Michael C. McGrail
　　　Deputy Clerk