# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 24-5163**                  **September Term, 2025**

**1:16-cv-01068-JMC**

**Filed On: December 9, 2025** [2149564]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

## M A N D A T E

In accordance with the judgment of October 17, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                    **FOR THE COURT:**
                                    Clifton B. Cislak, Clerk

                  BY:   /s/
                            Daniel J. Reidy
                            Deputy Clerk

Link to the judgment filed October 17, 2025