UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| CAMPAIGN FOR ACCOUNTABILITY,<br><br>    Plaintiff–Appellee / Cross-Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>    Defendant–Appellant / Cross-Appellee. | Case Nos. 24-5163; 24-5170 |

**<u>PLAINTIFF–APPELLEE / CROSS-APPELLANT'S STATEMENT OF ISSUES ON CROSS-APPEAL</u>**

Pursuant to this Court's order dated July 5, 2024, Plaintiff–Appellee / Cross-Appellant presents the following issues on cross-appeal:

Whether formal written opinions authored by the Office of Legal Counsel ("OLC") fall within the scope of the affirmative-disclosure provision of the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(2).

Whether, in the alternative, the following categories of formal written OLC opinions (in addition to the category at issue in the Department of Justice's appeal) fall within the scope of the affirmative-disclosure provision of FOIA:

- Opinions interpreting non-discretionary legal obligations;
- Opinions adjudicating or determining private rights; and

1

- Opinions finding that particular statutes are unconstitutional.

Dated: August 5, 2024

Respectfully submitted,

/s/ Alex Abdo
Alex Abdo
Anna Diakun
Jameel Jaffer
Knight First Amendment Institute
  at Columbia University
475 Riverside Drive, Suite 302
New York, NY 10115
(646) 745-8500
alex.abdo@knightcolumbia.org

*Counsel for Plaintiff–Appellee / Cross-Appellant*