# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 24-5163**                  **September Term, 2023**

1:16-cv-01068-JMC

Filed On: August 30, 2024 [2072547]

Campaign for Accountability,

    Appellee

    v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

### **O R D E R**

Upon consideration of appellant/cross-appellee's unopposed motion for extension of time to file its brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in these cases:

| | |
|---|---|
| Appellants' Brief | October 18, 2024 |
| Appendix | October 18, 2024 |
| Appellees' & Cross-Appellants' Brief | November 18, 2024 |
| Appellants' Reply & Cross-Appellees' Brief | December 18, 2024 |
| Cross-Appellants' Reply Brief | January 8, 2025 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk