# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 24-5163**  **September Term, 2024**

**1:16-cv-01068-JMC**

**Filed On: March 5, 2025** [2104122]

Campaign for Accountability,

    Appellee

  v.

United States Department of Justice,

    Appellant

------------------------------

Consolidated with 24-5170

## **O R D E R**

Upon consideration of appellee/cross-appellant's unopposed motion for new oral argument date earlier within same sitting period, it is

**ORDERED** that the motion be denied. These cases remain scheduled for oral argument on April 11, 2025.

### **Per Curiam**

                            **FOR THE COURT:**
                            Clifton B. Cislak, Clerk

                BY:   /s/
                          Michael C. McGrail
                          Deputy Clerk